THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROMANO ANTICHI, Appellant.

(Argued October 6, 1931; decided October 20, 1931.)

*George S. Leisure* and *Clifton F. Weidlich* for appellant.

*John J. Bennett, Jr., Attorney-General (Sol Ullman* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.